| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Robertson, Anschutz & Schneid, P.L.**<br>6409 Congress Ave., Suite 100<br>Boca Raton, FL 33487<br>Telephone Number 561-241-6901<br>E-mail: jplean@rasflaw.com<br>Attorneys For Secured Creditor<br><br>JUSTIN D. PLEAN, Esq. (JP-5835) | CASE NO.: 17-11622-JNP<br><br>CHAPTER 13<br><br><br>**Objection to Confirmation of Debtor's Chapter 13 Plan** |
| In Re:<br><br>**Ernest M Howard,**<br><br>     Debtor. | |

## OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2007-4 ASSET-BACKED CERTIFICATES SERIES 2007-4 ("Secured Creditor"), by and through its undersigned counsel, objects to confirmation of Debtor's Chapter 13 Plan (DE # 3), and states as follows:

1. Debtor, Ernest M Howard, filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on January 27, 2017.

2. Secured Creditor holds a security interest in the Debtor's real property located at 308-310 D STREET, MILLVILLE, NJ 08332, by virtue of a Mortgage recorded on January 08, 2007 at Instrument number 265291 of the Public Records of Atlantic County, NJ. Said Mortgage secures a Note in the amount of $97,250.00.

3. The Debtor filed a Chapter 13 Plan on January 27, 2017.

4. The Plan includes payments toward the Note and Mortgage with Secured Creditor, however the figures used by the Debtor are inaccurate. It is anticipated that Secured Creditor's claim will show the pre-petition arrearage due Secured Creditor is $17,023.36, whereas the Plan proposes to pay only $7,120.29. Therefore, the Plan is not in compliance with the requirements of 11 U.S.C. §§ 1322(b)(3) and 1325(a)(5) and cannot

be confirmed. Secured Creditor objects to any plan which proposes to pay it anything less than $17,023.36 as the pre-petition arrearage over the life of the plan.

**WHEREFORE**, Secured Creditor respectfully requests this Court sustain the objections stated herein and deny confirmation of Debtor's Plan, and for such other and further relief as the Court may deem just and proper.

**Robertson, Anschutz & Schneid, P.L.**
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone Number 561-241-6901
E-mail: jplean@rasflaw.com
Attorneys For Secured Creditor


By: /s/ JUSTIN D. PLEAN
JUSTIN D. PLEAN, Esquire
NJ Bar Number: JP-5835

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Robertson, Anschutz & Schneid, P.L.**<br>6409 Congress Ave., Suite 100<br>Boca Raton, FL 33487<br>Telephone Number 561-241-6901<br>E-mail: jplean@rasflaw.com<br>Attorneys For Secured Creditor<br><br>JUSTIN D. PLEAN, Esq. (JP-5835) | CASE NO.: 17-11622-JNP<br><br>CHAPTER 13<br><br><br><br>**Objection to Confirmation of Debtor's Chapter 13 Plan** |
| In Re:<br><br>**Ernest M Howard**<br><br>    Debtor. | |

## **CERTIFICATION OF SERVICE**

1. I, Justin Plean, represent DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2007-4 ASSET-BACKED CERTIFICATES SERIES 2007-4 in this matter.

2. On 2/17/2017, I caused a copy of the following pleadings and/or documents to be sent to the parties listed in the chart below.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

2/17/2017    **Robertson, Anschutz & Schneid, P.L.**
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone Number 561-241-6901
E-mail: jplean@rasflaw.com
Attorneys For Secured Creditor


By: /s/ JUSTIN D. PLEAN
JUSTIN D. PLEAN, Esquire
NJ Bar Number: JP-5835

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Bruno Bellucci, III<br>BellucciLaw, P.C.<br>1201 New Rd.<br>Suite 138<br>Linwood, NJ 08221 | Debtor(s) Attorney | ☐ Hand Delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>☐ E-Mail<br>■ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>    (as authorized by court*) |
| Isabel C. Balboa<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002 | Trustee | ☐ Hand Delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>☐ E-Mail<br>■ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>    (as authorized by court*) |
| Ernest M Howard<br>21 Morning Glory Court<br>Egg Harbor Township, NJ 08234 | Debtor(s) | ☐ Hand Delivered<br>■ Regular Mail<br>☐ Certified Mail/RR<br>☐ E-Mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>    (as authorized by court*) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.