UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Bruno Bellucci, III, Esquire
Attorney ID# BBIII: 6378
BellucciLaw, P.C.
1201 New Road, Suite 138
Linwood, NJ 08221
(609)601-1500
Attorneys for Debtor(s)

**Order Filed on May 16, 2017 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

Ernest M. Howard

| | |
|---|---|
| Case No.: | 17-11622 |
| Chapter: | 13 |
| Judge: | Jerrold N. Poslusny Jr. |

**LOSS MITIGATION ORDER**

The relief set forth on the following pages, numbered 2 and 3, is hereby **ORDERED**.

**DATED: May 16, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

☑ A Notice of Request for Loss Mitigation was filed by the debtor on _____Debtor_____ .

☐ A Notice of Request for Loss Mitigation was filed by the creditor, __Nationstar Mortgage, LLC__ on _____.

☐ The court raised the issue of Loss Mitigation, and the parties having had notice and an opportunity to object, and the Court having reviewed any objections thereto.

The Request concerns the following:

Property:  21 Morning Glory Court Egg Harbor Township, NJ

Creditor:  Nationstar Mortgage, LLC

☐ It is hereby ORDERED that the Notice of Request for Loss Mitigation is denied.

☑ It is hereby ORDERED that the Notice of Request for Loss Mitigation is granted, and:

- The debtor and creditor listed above are directed to participate in Loss Mitigation and are bound by the court's *Loss Mitigation Program and Procedures* (LMP).

- The Loss Mitigation process shall terminate on ____8/14/2017____ (90 days from the date of the entry of this order, unless extended as set forth in Section IX.B. of the LMP.

- The debtor must make adequate protection payments to the creditor during the Loss Mitigation Period in the amount set forth in the *Notice and Request for Loss Mitigation*. See Sections V.A.1.a and VII.B. of the LMP.

- If a relief from stay motion pursuant to section 362(d) is pending upon entry of this Order or if such a motion is filed during the loss mitigation period, the court may condition the stay upon compliance by the debtor with the fulfillment of the debtor's obligations under the Loss Mitigation Order. If the debtor fails to comply with the loss mitigation process and this Order, the creditor may apply to terminate the Order as specified in Section IX.C of the LMP and to obtain relief from the stay.

- Within 14 days of termination of the loss mitigation period, the debtor must file with the court and serve all interested parties, the Local Form, *Loss Mitigation Final Report* as set forth in Section VII.C. of the LMP.

- Extension of the LMP may be requested as specified in Section IX.B of the LMP.

☑ It is ORDERED that parties shall utilize the Loss Mitigation Portal during the Loss Mitigation Period, and it is further ORDERED that:

- Within 14 days of the date of this order, the creditor shall ensure that it is registered on the loss mitigation portal and that all of its initial loss mitigation document requirements are available on the portal.

- Within 35 days of the date of this order, the debtor shall upload and submit through the loss mitigation portal a completed Creditor's Initial Package.

- Within 10 business days of the debtor's submission of the Creditor's Initial Package, the creditor shall acknowledge receipt of same and designate the single point of contact for debtor's review.

❑ It is ORDERED that the debtor is excused from use of the Loss Mitigation Portal during the Loss Mitigation Period, and it is further ORDERED that:

- Within 14 days of the date of this order, the creditor shall designate a single point of contact, including the name and contact information of the contact and shall specify to the debtor the forms and documentation the creditor requires to initiate a review of the debtor's loss mitigation options.

- Within 21 days after receipt of the creditor's specifications regarding forms and documentation, the debtor shall provide the requested information.

- Within 10 business days of the debtor's submission, the creditor shall acknowledge receipt of the documentation.

*Revised 9/19/13*

United States Bankruptcy Court
District of New Jersey

In re:  
Ernest M Howard  
     Debtor

Case No. 17-11622-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1　　　User: admin　　　Page 1 of 1　　　Date Rcvd: May 16, 2017  
　　　　　　　　　　　　Form ID: pdf903　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2017.  
db　　　　　　+Ernest M Howard,    21 Morning Glory Court,    Egg Harbor Township, NJ 08234-5972

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2017　　　　　　　　　　　　　　　　Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2017 at the address(es) listed below:  
      Bruno  Bellucci, III    on behalf of Debtor Ernest M Howard jkearney@belluccilaw.net,  
       bbellucci@belluccilaw.net,jrosati@belluccilaw.net,kpalermo@belluccilaw.net  
      Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,  
       as Trustee for the certificate holders of  the CWALT, Inc., Alternative Loan Trust 2006-OA10  
       Mortgage Pass-Through Certificates, Series 2006-OA10 dcarlon@kmllawgroup.com,  
       bkgroup@kmllawgroup.com  
      Isabel C. Balboa     ecfmail@standingtrustee.com,   summarymail@standingtrustee.com  
      Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,  
       summarymail@standingtrustee.com  
      Jason Brett Schwartz    on behalf of Creditor    BMW Bank of North America  
       jschwartz@mesterschwartz.com  
      Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC as servicer for THE  
       BANK OF NEW YORK as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for  
       Structured Asset Mortgage Investments II Trust 2006-AR3 Mortgage Pass cmecf@sternlav.com  
      Justin  Plean    on behalf of Creditor    Deutsche Bank National Trust Company jplean@rasflaw.com,  
       bkyecf@rasflaw.com;ras@ecf.courtdrive.com  
      Kyle Francis Eingorn    on behalf of Creditor    McCormick 106, LLC keingorn@dbblegal.com  
      Linda S. Fossi    on behalf of Creditor    PC II REO LLC lfossi@zeitzlawfirm.com,  
       gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com  
      Michael E. Brown    on behalf of Creditor    McCormick 106, LLC mbrown@dbblegal.com  
      U.S. Trustee.     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                              TOTAL: 11