Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                                    Case No.: 17–11622–JNP
                                    Chapter: 13
                                    Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ernest M Howard
   21 Morning Glory Court
   Egg Harbor Township, NJ 08234

Social Security No.:
   xxx–xx–4759

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/19/17.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: May 19, 2017
JAN: cmf

                                                                                 Jeanne Naughton
                                                                                 Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                         Case No. 17-11622-JNP
Ernest M Howard                                                Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-1         User: admin              Page 1 of 2          Date Rcvd: May 19, 2017
                             Form ID: 148             Total Noticed: 42


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 21, 2017.
db           +Ernest M Howard,    21 Morning Glory Court,    Egg Harbor Township, NJ 08234-5972
cr           +Deutsche Bank National Trust Company,    Robertson, Anschutz & Schneid P.L.,
               6409 Congress Ave.,    Boca Raton, FL 33487-2853
516613763    +Apex Asset Management,    2501 Oregon Pike Ste. 120,    Lancaster, PA 17601-4890
516613764     Atlantic City MUA,    1151 N Main St.,    Atlantic City, NJ 08401
516613765    +Atlantic City Sewer,    1200 Atlantic Ave # 300,    Atlantic City, NJ 08401-7327
516613766    +Atlantic City Tax Collector,    6201 Atlantic Ave.,    Atlantic City, NJ 08406-2734
516613768   ++++BAYFRONT OF EMERGENCY PHYSICIANS,    100 MEDICAL CENTER WAY,    SOMERS POINT NJ  08244-2300
              (address filed with court:  Bayfront of Emergency Physicians,     1 E New York Ave.,
               Somers Point, NJ 08244)
516613770    +BSI Financial Services,    PO Box 517,    Titusville, PA 16354-0517
516613771    +Capital One Auto Finance,    PO Box 259407,    Plano, TX 75025-9407
516632818    +Deutsche Bank National Trust Company,    ROBERTSON, ANSCHUTZ &  SCHNEID, P.L.,
               6409 Congress Ave,    Suite # 100,    Boca Raton Fl. 33487-2853
516613776    +Egg Harbor Township MUA,    3515 Bargaintown Rd.,    Egg Harbor Township, NJ 08234-8321
516613777    +Egg Harbor Twp. Tax Collector,    3515 Bargaintown Rd.,    Egg Harbor Township, NJ 08234-8317
516613779    +Gary C. Zeitz, Esquire,    1101 Laurel Oak Road, Ste. 170,    Voorhees, NJ 08043-4381
516613780    +Gary C. Zeitz, LLC,    1101 Laurel Oak Rd., Ste. 170,    Voorhees, NJ 08043-4381
516613781    +Jersey Shore Ambulatory Surgery,    405 Bethel Rd.,    Somers Point, NJ 08244-2186
516623899    +McCormick 106, LLC,    c/o Dembo, Brown & Burns LLP,    1300 Route 73, Suite 205,
               Mount Laurel, NJ 08054-2200
516613782    +Millville Tax Collector,    P.O. Box 609,    Millville, NJ 08332-0609
516613783    +Milstead & Assoc., LLC,    1 E. Stow Rd.,    Marlton, NJ 08053-3118
516613784    +Nationstar Mortgage,    PO Box 619063,    Dallas, TX 75261-9063
516635156    +Nationstar Mortgage LLC,    ALDRIDGE PITE, LLP,    4375 Jutland Drive, Suite 200,
               P.O. Box 17933,    San Diego, CA 92177-7921
516613788    +Nationstar Mortgage LLC as servicer,    Stern Lavinthal & Frankenberg, LLC,
               105 Eisenhower Pkwy #302,    Roseland, NJ 07068-1640
516701198     PCII REO LLC,    Gary C. Zeitz, LLC,    1101 Laurel Creek Road, Suite 170,    Voorhees, NJ  08043
516613786    +RAS Cintron Law Offices,    130 Clinton Rd., Ste. 202,    Fairfield, NJ 07004-2927
516613787    +Shore Orthopaedic,    1322 Rte 72,    Manahawkin, NJ 08050-2489
516705251    +THE BANK OF NEW YORK MELLON,    Nationstar Mortgage LLC,    PO Box 619096,    Dallas TX 75261-9096
516638134     The Bank of New York Mellon,    KML Law Group PC,    Sentry Office Plaza,
               216 Haddon Avenue, Suite 206,    Westmont, NJ 08108
516659647    +The Bank of New York Mellon, Trustee (See 410),    c/o Specialized Loan Servicing LLC,
               8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516741070    +The Bank of NewYork Mellon,Trustee(See 410),    c/o Specialized Loan Servicing LLC,
               8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516613789   ++++US BANK CUST PRO CAP, II,    50 S 16TH ST STE 1960,    PHILADELPHIA PA  19102-2517
              (address filed with court:  US Bank Cust Pro Cap, II,     50 S. 16th St. Ste. 1950,
               Philadelphia, PA 19102)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov May 19 2017 23:14:41      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 19 2017 23:14:37      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
516626305    +EDI: AISACG.COM May 19 2017 22:58:00      BMW Bank of North America,
               c/o Ascension Capital Group,    P.O. Box 165028,    Irving, TX 75016-5028
516613769     EDI: BMW.COM May 19 2017 22:58:00      BMW Financial Services,    PO Box 3608,    Dublin, OH 43016
516613767    +EDI: BANKAMER.COM May 19 2017 22:48:00      Bank of America,    PO Box 31785,
               Tampa, FL 33631-3785
516613772    +EDI: CAPITALONE.COM May 19 2017 22:48:00      Capital One Bank USA,    PO Box 30281,
               Salt Lake City, UT 84130-0281
516660531    +E-mail/Text: sherri.ball@millvillenj.gov May 19 2017 23:14:39      City of Millville,
               12 S. High Street,    Millville, NJ 08332-4244
516613774    +E-mail/Text: csd1clientservices@cboflanc.com May 19 2017 23:15:21
               Credit Bureau of Lancaster County, Inc.,    218 W. Orange St.,    Lancaster, PA 17603-3746
516613775    +EDI: RCSFNBMARIN.COM May 19 2017 22:58:00      Credit One Bank,    PO Box 98872,
               Las Vegas, NV 89193-8872
516613778    +E-mail/Text: bankruptcy@fult.com May 19 2017 23:15:56      Fulton Bank of New Jersey,
               533 Fellowship Road, Suite 250,    Mount Laurel, NJ 08054-3411
516736389     EDI: RESURGENT.COM May 19 2017 22:58:00      LVNV Funding LLC,    c/o Resurgent Capital Services,
               PO Box 10587,    Greenville, SC   29603-0587
516613785    +Fax: 407-737-5634 May 19 2017 23:25:16      Ocwen Loan Servicing,    1661 Worthington Rd.,
               West Palm Beach, FL 33409-6493
516657773    +EDI: RMSC.COM May 19 2017 22:48:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
               PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 13
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: May 19, 2017
                              Form ID: 148             Total Noticed: 42

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +McCormick 106, LLC,   c/o Dembo, Brown & Burns LLP,   1300 Route 73,   Suite 205,
               Mount Laurel, NJ 08054-2200
516613790*   ++++US BANK CUST PRO CAP, II LLC,   50 S 16TH ST STE 1960,   PHILADELPHIA PA  19102-2517
               (address filed with court:  US Bank Cust Pro Cap, II LLC,   50 S. 16th St. Ste. 1950,
               Philadelphia, PA 19102)
516613773    ##+Commercial Acceptance Co.,   2 W. Main St.,   Camp Hill, PA 17011-6326
                                                                                 TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2017                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 19, 2017 at the address(es) listed below:
              Bruno  Belluci, III    on behalf of Debtor Ernest M Howard jkearney@belluccilaw.net,
               bbellucci@belluccilaw.net,jrosati@belluccilaw.net,kpalermo@belluccilaw.net
              Denise E. Carlon    on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the certificate holders of  the CWALT, Inc., Alternative Loan Trust 2006-OA10
               Mortgage Pass-Through Certificates, Series 2006-OA10 dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Jason Brett Schwartz    on behalf of Creditor   BMW Bank of North America
               jschwartz@mesterschwartz.com
              Jeanette F. Frankenberg    on behalf of Creditor   Nationstar Mortgage LLC as servicer for THE
               BANK OF NEW YORK as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for
               Structured Asset Mortgage Investments II Trust 2006-AR3 Mortgage Pass cmecf@sternlav.com
              Justin  Plean    on behalf of Creditor   Deutsche Bank National Trust Company jplean@rasflaw.com,
               bkyecf@rasflaw.com;ras@ecf.courtdrive.com
              Kyle Francis Eingorn    on behalf of Creditor   McCormick 106, LLC keingorn@dbblegal.com
              Linda S. Fossi    on behalf of Creditor   PC II REO LLC lfossi@zeitzlawfirm.com,
               gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com
              Michael E. Brown    on behalf of Creditor   McCormick 106, LLC mbrown@dbblegal.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 11
```