UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
_____
Caption in compliance with D.N.J. LBR 9004-2(c)

Mester & Schwartz, P.C.
Jason Brett Schwartz, Esquire
Bar No. 4217
1333 Race Street
Philadelphia, PA 19107
(267) 909-9036

**Order Filed on May 23, 2017 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

**In Re:**

**ERNEST M. HOWARD,**
                **Debtor**

Case No.: 17-11622-JNP

Judge: Jerrold N. Poslusny, Jr.

## ORDER VACATING STAY

The Relief set forth on the following pages, numbered two (2) through <u>two (2)</u> is hereby **ORDERED**.

**DATED: May 23, 2017**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

2
Debtor:            Ernest M. Howard
Case No.:          17-11622-JNP
Caption of Order:  Order Vacating Stay as To Personal Property

Upon consideration of BMW Bank of North America's Motion for an Order Vacating the Automatic Stay as to certain personal property hereinafter set forth, and good cause appearing; therefore, it is hereby

**ORDERED** that the automatic stay of the Bankruptcy Code 362(a) is vacated to permit the Movant to pursue its rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

**It is further ORDERED** that this grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

☒ Personal property more fully described as:
   **2012 BMW 7 Series Sedan 4D 750Lxi AWD Turbo**
   **V.I.N. WBAKC8C54CC437909**