UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

DEMBO, BROWN & BURNS LLP
BY: KYLE F. EINGORN, ESQUIRE
1300 ROUTE 73
SUITE 205
MT. LAUREL, NJ 08054
(856) 354-8866
KEINGORN@DBBLEGAL.COM
ATTORNEYS FOR MCCORMICK 106, LLC

**Order Filed on May 23, 2017 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

In re:

ERNEST M. HOWARD,

      Debtor

Chapter 13
Case No. 17-11622-JNP

## ORDER VACATING AUTOMATIC STAY

The relief set forth on the following page is hereby ORDERED.

**DATED: May 23, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

THIS MATTER having come before the Court on Motion of McCormick 106, LLC (the "Lender") seeking relief from the automatic stay and the court having considered any opposition filed in response thereto, hearing the arguments of counsel and for good cause having been shown;

It is hereby ORDERED as follows:

1. The Motion is hereby GRANTED.

2. The automatic stay pursuant to Section 362(a) of the Bankruptcy Code is vacated to permit the Lender to pursue its rights as a secured creditor in the real property described below to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

> **Land and premises commonly known as 5303 Harding Way, Unit 107, Mays Landing, New Jersey. Land and premises identified by the lot and block numbers set forth below on Official Tax Map of the Township of Hamilton, County of Atlantic and State of New Jersey.**
>
> **Block Number**                                                 **Lot(s) Number**
> **996**                                                       **0164582**

3. This Order shall survive any conversion of this bankruptcy case to one filed under any other chapter under the Bankruptcy Code.

4. The Lender shall serve a copy of this order on the Debtor, the Trustee and any other party who entered an appearance on this Motion.

United States Bankruptcy Court
District of New Jersey

In re:  
Ernest M Howard  
        Debtor

Case No. 17-11622-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: May 23, 2017  
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2017.  
db             +Ernest M Howard,   21 Morning Glory Court,   Egg Harbor Township, NJ 08234-5972

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                      TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2017                                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2017 at the address(es) listed below:

           Bruno  Bellucci, III    on behalf of Debtor Ernest M Howard jkearney@belluccilaw.net, bbellucci@belluccilaw.net,jrosati@belluccilaw.net,kpalermo@belluccilaw.net  
           Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificate holders of  the CWALT, Inc., Alternative Loan Trust 2006-OA10 Mortgage Pass-Through Certificates, Series 2006-OA10 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
           Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
           Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
           Jason Brett Schwartz    on behalf of Creditor    BMW Bank of North America jschwartz@mesterschwartz.com  
           Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC as servicer for THE BANK OF NEW YORK as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR3 Mortgage Pass cmecf@sternlav.com  
           Justin  Plean    on behalf of Creditor    Deutsche Bank National Trust Company jplean@rasflaw.com, bkyecf@rasflaw.com;ras@ecf.courtdrive.com  
           Kyle Francis Eingorn    on behalf of Creditor    McCormick 106, LLC keingorn@dbblegal.com  
           Linda S. Fossi    on behalf of Creditor    PC II REO LLC lfossi@zeitzlawfirm.com, gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com  
           Michael E. Brown    on behalf of Creditor    McCormick 106, LLC mbrown@dbblegal.com  
           U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                                                                              TOTAL: 11