UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Caption in compliance with D.N.J. LBR 9004-2(c)

Mester & Schwartz, P.C.
Jason Brett Schwartz, Esquire
Bar No. 4217
1333 Race Street
Philadelphia, PA 19107
(267) 909-9036

**Order Filed on May 23, 2017 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

**In Re:**

**ERNEST M. HOWARD,**
                **Debtor**

Case No.: 17-11622-JNP

Judge: Jerrold N. Poslusny, Jr.

## ORDER VACATING STAY

The Relief set forth on the following pages, numbered two (2) through <u>two (2)</u> is hereby **ORDERED**.

**DATED: May 23, 2017**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

2

| | |
|---|---|
| Debtor: | Ernest M. Howard |
| Case No.: | 17-11622-JNP |
| Caption of Order: | Order Vacating Stay as To Personal Property |

Upon consideration of BMW Bank of North America's Motion for an Order Vacating the Automatic Stay as to certain personal property hereinafter set forth, and good cause appearing; therefore, it is hereby

**ORDERED** that the automatic stay of the Bankruptcy Code 362(a) is vacated to permit the Movant to pursue its rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

**It is further ORDERED** that this grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

☒ Personal property more fully described as:
**2012 BMW 7 Series Sedan 4D 750Lxi AWD Turbo
V.I.N. WBAKC8C54CC437909**

United States Bankruptcy Court
District of New Jersey

In re:  
Ernest M Howard  
    Debtor

Case No. 17-11622-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: May 23, 2017  
                Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2017.  
db           +Ernest M Howard,    21 Morning Glory Court,    Egg Harbor Township, NJ 08234-5972

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                            TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2017                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2017 at the address(es) listed below:

         Bruno  Bellucci, III    on behalf of Debtor Ernest M Howard jkearney@belluccilaw.net, bbellucci@belluccilaw.net,jrosati@belluccilaw.net,kpalermo@belluccilaw.net  
         Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificate holders of  the CWALT, Inc., Alternative Loan Trust 2006-OA10 Mortgage Pass-Through Certificates, Series 2006-OA10 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com  
         Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Jason Brett Schwartz     on behalf of Creditor    BMW Bank of North America jschwartz@mesterschwartz.com  
         Jeanette F. Frankenberg     on behalf of Creditor    Nationstar Mortgage LLC as servicer for THE BANK OF NEW YORK as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR3 Mortgage Pass cmecf@sternlav.com  
         Justin  Plean     on behalf of Creditor    Deutsche Bank National Trust Company jplean@rasflaw.com, bkyecf@rasflaw.com;ras@ecf.courtdrive.com  
         Kyle Francis Eingorn     on behalf of Creditor    McCormick 106, LLC keingorn@dbblegal.com  
         Linda S. Fossi     on behalf of Creditor    PC II REO LLC lfossi@zeitzlawfirm.com, gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com  
         Michael E. Brown     on behalf of Creditor    McCormick 106, LLC mbrown@dbblegal.com  
         U.S. Trustee.     USTPRegion03.NE.ECF@usdoj.gov  
                                                                              TOTAL: 11